# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

TYRONE GRANT BRISBOIS,

    Petitioner,

v.

TULALIP TRIBAL COURT, TONY ASTON, SNOHOMISH COUNTY JAIL,

    Respondents.

Case No. 2:18-cv-01677-TSZ-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, docket no. 12, to which no objection was timely filed, does hereby find and ORDER:

(1) The Report and Recommendation is **ADOPTED**;

(2) The 28 U.S.C. § 2241 petition (docket no. 3) is **DISMISSED** with prejudice; and

(3) The Clerk of Court is directed to send copies of this Order to petitioner and to Judge Tsuchida.

DATED this 8th day of April, 2019.

Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL- 1